# Court of Appeals
# of the State of Georgia

ATLANTA, October 23, 2025

*The Court of Appeals hereby passes the following order*

**A26D0112. KUN HU HORVATH v. PARK GLENN COMMUNITY ASSOCIATION INC. ET AL.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2023CV378622



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, October 23, 2025.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*